UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

In re:

MIGUEL LEONARDO ALVAREZ BENITEZ

Debtor

-------------------------------------------------/

CASE NO. 13-01647 BKT

CHAPTER 13

**OBJECTION TO CONFIRMATION**

**TO THE HONORABLE COURT:**

COMES NOW creditor, SCOTIABANK DE PUERTO RICO (hereinafter "**SCOTIABANK**", represented by the undersigned attorney, and hereby objects to the confirmation of debtor's Chapter 13 plan dated March 03, 2013.

1. The appearing creditor filed its secured Proof of Claim on April 12, 2013, claim #5.

2. Scotiabank's security interest is a prepetition judicial lien registered to respond for a judgment against debtor in the amount of $49,985.48 for principal, $2,295.69 for interest and $5,000.00 for attorney fees, for a total of $57,281.17. An attachment Order was issued by the Puerto Rico Court of First Instance, Manati Section, in case CD-09-315. Judgment against debtor was entered on November 5, 2009 and the attachment order was entered on December 22, 2009. Copy of the Attachment Order, the Judgment and the Title Search were attached to the Proof of Claim filed in this case.

3. The lien encumbers a property that belongs to debtor located at "Comunidad Rural Monte Bello" in Manati, Puerto Rico. The attachment was registered in the Property Registry on January 14, 2010, at page 91 of presentation volume 309 of the Property Registry of Manati. See copy of the Title Search attached as **Exhibit I** of this motion.

4. Debtors' Chapter 13 Plan is not confirmable because it fails to comply the Code's criteria for the treatment of secured claims as set forth in section 1325(a)(5).

5. The Plan makes no provision for the payment the Scotiabank's loan XXXXXX6217.

6. Debtors' Chapter 13 plan is not being proposed in good faith and this creditor has not accepted it, therefore, it fails to satisfies the confirmation standard of section 1325(a)(5) with respect to a secured claim.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following: debtor's attorney and to the Trustee. Debtors will receive notice of this motion by regular mail.

In San Juan, Puerto Rico, this 16 day of April, 2013.

s/ CARLOS R. SOSA PADRO, ESQ.
USDC-PR 205112
Attorney for Scotiabank de Puerto Rico
**CARLOS R. SOSA PADRO LAW OFFICE**
PO Box 191682
San Juan, PR 00919-1682
Tel. 250-0081, Tel/Fax 250-0078
E-Mail: csosalaw@gmail.com

**HATO REY TITLE INSURANCE AGENCY, INC.**
MCS PLAZA, OFFICE 809
255 PONCE DE LEON AVENUE
HATO REY, PUERTO RICO 00917

TELEPHONE: (787) 274-1200
FAX: (787) 753-5081
FAX: (787) 759-8055
hrtitle@sanjuanabstract.com

**201213349**

NOTICE

| | |
|---|---|
| CLIENTE: | SCOTIABANK |
| SOLICITADO POR: | PAULITA FIGUEROA |
| NOMBRE DE CASO: | MIGUEL L. ALVAREZ BENITEZ |
| NUMERO DE CASO: | 501006217 |
| FINCA NUMERO: | 8815 INSCRITA AL FOLIO 99 DEL TOMO 75 DE MANATI, REGISTRO DE LA PROPIEDAD DE MANATI. |

DESCRIPCION:

RUSTICA: Parcela marcada con el #211 en el plano de parcelación de la comunidad rural Monte Bello del termino municipal de Manatí, con una cabida superficial de 0.1324 metros cuadrados. En lindes por el NORTE, con parcela #210 de la comunidad; por el SUR, con calle de la comunidad; por el ESTE, con Diego Lugo Sánchez; por el OESTE, con parcela #212 de la comunidad.

TRACTO: Se segrega de la finca 3145 inscrita al folio 99 del tomo 75 de Manatí.

DOMINIO: Consta inscrito a favor de MIGUEL ALVAREZ BENITEZ Y ESPOSA CARMEN CASANOVA TOLEDO, quienes adquieren por compra al Estado Libre Asociado de Puerto Rico, por el precio de $1.00 según certificación otorgada en San Juan, Puerto Rico, el día 3 de noviembre de 1978 inscrito al folio 285 del tomo 201 de Manatí, inscripción 1ra. (253/17)

CARGAS:

POR SU PROCEDENCIA: Libre de cargas

POR SI:

HIPOTECA a favor de R&G MORTGAGE CORPORATION, por la suma principal de $46,100.00, con intereses al 5 ¼% anual, vence el 1 de junio de 2010, según consta de la escritura #357 otorgada en San Juan, Puerto Rico, el día 20 de mayo de 2005 ante el notario Juan C. Goitia, inscrito al folio 129 del tomo 594 de Manatí, inscripción 4ta. (378/290)

EMBARGO por el Fondo del Seguro del Estado, por la suma de $5,292.00, póliza 06-212-02738 según certificación del 11 de febrero de 2009 presentada el 11 de febrero de 2009, inscrito al folio 129 del tomo 594 de Manatí, anotación A. (123/306 el día 30 de septiembre de 2009)

EMBARGO por La Corporación del Fondo del Seguro del Estado contra Miguel Alvarez Benítez, por la suma de $5,292.00, póliza 06-212-02738 según certificación del 11 de febrero de 2009 presentada el 11 de febrero de 2009.

EMBARGO por La Corporación del Fondo del Seguro del Estado contra Miguel Alvarez Benítez, por la suma de $188.34, póliza 06-212-00067 con fecha del 11 de noviembre de 2009, según certificación del 23 de noviembre de 2009 presentada el 11 de febrero de 2009.

DOCUMENTOS INSCRITOS BAJO LA LEY NUMERO 216 DEL 27 DE DICIEMBRE DEL 2010, conocida como la "Ley para Agilizar el Registro de la Propiedad" y su REGLAMENTO:

Al asiento 1180 del diario 308 se presentó el día 23 de noviembre de 2009, Certificación de Embargo del 23 de noviembre de 2009 contra Miguel Alvarez Benítez, por la suma de $188.34, póliza 04-112-00067.

Al asiento 91 del diario 309 se presentó el día 14 de enero de 2010, Mandamiento y Orden del 22 de diciembre de 2009 emitidos por el Tribunal de Primera Instancia, Sala Superior de Manatí, caso CD09-315 sobre cobro de dinero por la suma de $49,985.48 por R&G Premier Bank of Puerto Rico contra Miguel Alvarez Benítez y esposa Carmen Casanova Toledo.

CONTINUA....

**HATO REY TITLE INSURANCE AGENCY, INC.**

MCS PLAZA, OFFICE 809
255 PONCE DE LEON AVENUE
HATO REY, PUERTO RICO 00917

TELEPHONE: (787) 274-1200
FAX: (787) 753-5081
FAX: (787) 759-8055
hrtitle@sanjuanabstract.com

PAGINA 2
FINCA 8815

DOCUMENTO PRESENTADO:

Al asiento 1604 del diario 315 se presentó el día 26 de marzo de 2012, la escritura #35 otorgada en Vega Baja, Puerto Rico, el día 21 de marzo de 2012 ante el notario Roque Román Dever, sobre Acta de Hogar Seguro a favor de Miguel Alvarez Benítez y esposa Carmen Casanova Toledo.

NOTA: Debido al sistema de bitácora electrónica utilizado en este Registro no podemos determinar que exista algún otro documento adicional relacionado con esta finca.

REVISADOS: Libro de Sentencias, Embargos Federales, Embargos Estatales, CRIM, Libro #1 del Registro de Gravámenes creado por la Ley 12 del 20 de enero del 2010 y Bitácora hasta el Asiento 748 del Diario 317 del 29 de agosto de 2012. Hoy 30 de agosto de 2012.

GL/vcr

NOTICE

"NUESTRA RESPONSABILIDAD POR ERRORES, OMISIONES O NEGLIGENCIA COMETIDA EN EL PROCESO DE INVESTIGACIÓN, RECOPILACIÓN DE INFORMACIÓN Y/O EN LA REDACCIÓN DE ESTUDIOS DE TÍTULO ESTÁ LIMITADA A LA CANTIDAD PAGADA POR EL ESTUDIO DE TÍTULO.