IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

MIGUEL LEONARDO ALVAREZ BENITEZ

CARMEN DOLORES CASANOVA TOLEDO

XXX-XX-0421

XXX-XX-9092

Debtor(s)

CASE NO. 13-01647 BKT

Chapter 13

FILED & ENTERED ON 06/03/2013

ORDER

Trustee's objection to exemption (docket #16) is hereby granted.

IT IS SO ORDERED.

In San Juan, Puerto Rico this 03 day of June, 2013.

Brian K. Tester
U.S. Bankruptcy Judge