IN THE UNITED STATES BANKRUPTCY COURT
District of Puerto Rico

In the Matter of:

MIGUEL LEONARDO ALVAREZ BERMUDEZ
CARMEN DOLORES CASANOVA TOLEDO

Debtor(s)

Case No. 13-01647 **BKT**

Chapter 13

## MOTION TO AVOID LIENS

**TO THE HONORABLE COURT:**

**The undersigned, attorney for the above-named debtor, notifies the Court as follows,**

1. Debtors, commenced this case on March 3, 2013, by filing the above-numbered voluntary petition for relief under chapter 13 of title 11, United States Code.
2. This motion is filed pursuant to 11 U.S.C. § 522(f) to avoid and cancel the liens described below and held by Scotiabank and Fondo del Seguro del Estado on real property used as the Debtors' residence. Title was search provided by Scotiabank and added to this motion.
   a. Lien annotated on behalf of Fondo del Seguro del Estado in the Registry of Property of Manatí, tomo 594, folio 129 in the amount of $5,292.00 and related to bond with policy number 06-212-02738.
   b. Lien annotated on behalf of Fondo del Seguro del Estado in the Registry of Property of Manatí, tomo 594, folio 129 in the amount of $188.34 and related to bond with policy number 06-212-00067.
   c. Lien annotated on behalf of ScotiaBank in the Registry of Property of Manatí, diario 22, asiento 91 in the amount of $49,985.48 and related to court judgment number CD09-315 pronounced by Tribunal de Manatí.
3. The Debtors' interest in the property referred to in the preceding paragraph and encumbered by the lien has been valued in $100,000.00 and property has been claimed as fully exempt in their bankruptcy case.
4. The existence of the above described lien on Debtors' real property impairs exemptions to which the Debtors would be entitled under 11 U.S.C. § 522(b).

**NOTICE**

TAKE NOTICE that within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted or decided without actual hearing unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

WHEREFORE, Debtors pray for an Order against Fondo Del Seguro Del Estado and Scotiabank for the cancellation and avoidance of the judicial liens on their residential real estate, and for such additional or alternative relief as may be just and proper.

CERTIFICATE OF SERVICE

I CERTIFY that a copy of this motion has been filed with the Clerk of the Court that will send notice to the Chapter 13 trustee Alejandro Oliveras Rivera, to Carlos R. Sosa Padro, Esq. Attorney for Scotiabank (as per claim number 5) and to Alejandro A. Suarez, Esq. attorney for Fondo del Seguro del Estado (as per Claim number 9); Mayra E. Domenech, Esq. for Fondo del Seguro del Estado and all parties subscribed to the CM/ECF system. All other non participants have been notified on this date with a copy of the motion regular mail using the US Postal Service, as per Master Address List attached.

In Vega Baja, Puerto Rico, this day August 6, 2013

s/ Juan O. Calderon Lithgow
JUAN O. CALDERON LITHGOW
ATTORNEY FOR DEBTOR, 205607
PO BOX 1710
VEGA BAJA, PR 00694-1710
TEL.: 787-858-5476
Email: caldlithlaw@gmail.com

| | | |
|---|---|---|
| MIGUEL LEONARDO ALVAREZ BENITEZ<br>RR2 BUZON 7005<br>MANATI, PR 00674 | CENTRAL INSULATION<br>PMB 275 BOX 2020<br>BARCELONETA, PR 00617 | FINGERHUT<br>PO BOX 2900<br>SAINT CLOUD, MN 56395-2900 |
| CARMEN DOLORES CASANOVA TOLEDO<br>RR2 BUZON 7005<br>MANATI, PR 00674 | CINGULAR WIRELESS<br>PO BOX 192830<br>SAN JUAN, PR 00919-2830 | FIRST BANK<br>BANKRUPTCY DIVISION<br>PO BOX 9146<br>SAN JUAN, PR 00908-0146 |
| JUAN O. CALDERON-LITHGOW<br>JUAN O. CALDERON-LITHGOW<br>P.O. BOX 1710<br>VEGA BAJA, P. 00694-1710 | CITIFIN/ONE MAIN FINANCIAL<br>PO BOX 6042<br>SIOUX FALLS, SD 57117 | FIRST PREMIER BANK<br>601 S MINNESOTA AVE<br>SIOUX FALLS, SD 57104 |
| AFNI<br>ATTN: BANKRUPTCY<br>1310 MARTIN LUTHER KING DR<br>BLOOMINGTON, IL 61701 | CITIFINANCIAL<br>P.O. BOX 71328<br>SAN JUAN, PR 00936-8428 | FONDO SEGURO ESTADO<br>GPO BOX 365028<br>SAN JUAN, PR 00936-5028 |
| BANK OF AMERICA<br>PO BOX 982235<br>EL PASO, TX 79998 | COUNTERFORCE | HILLCREST DAVIDSON & A<br>850 N DOROTHY DR STE 512<br>RICHARDSON, TX 75081 |
| CACH LLC/SQUARE TWO FINANCIAL<br>ATTN: BANKRUPTCY<br>4340 SOUTH MONACO ST.  2ND FLOOR<br>DENVER, CO 80237 | DEPTO. DE HACIENDA<br>SECC CERTIFICACION<br>BOX 4515, OFIC 405<br>SAN JUAN, PR 00936 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| CANDEL COOP<br>PO BOX 3255<br>MANATI, PR 00674 | DIRECT TV<br>PO BOX 71556<br>SAN JUAN, PR 00936-8514 | JEFFERSON CAPITAL<br>16 MCLELAND RD<br>SAINT CLOUD, MN 56303 |
| CENTENNIAL DE PR<br>PO BOX 71333<br>SAN JUAN, PR 00936-8433 | DISH NETWORK<br>PO BOX 105169<br>ATLANTA, GA 30348-5169 | LVNC FUNDING LLC<br>PO BOX 740281<br>HOUSTON, TX 77274 |
| CENTENNIAL DE PR<br>PO BOX 71333<br>SAN JUAN, PR 00936-8433 | FERRETERIA FONTAN<br>CARR 2 KM 56.5<br>GARROCHALES, PR 00652 | NCO PTM/22<br>507 PRUDENTIAL RD<br>HORSHAM, PA 19044 |

| | |
|---|---|
| NCO PTM/22<br>507 PRUDENTIAL RD<br>HORSHAM, PA 19044 | SEARS/CBNA<br>PO BOX 6189<br>SIOUX FALLS, SD 57117 |
| PR TELEPHONE<br>PO BOX 70239<br>SAN JUAN, PR 00936 | SECURITY CREDIT SERV<br>PO BOX 1156<br>OXFORD, MS 38655 |
| RELIABLE FINANCIAL<br>PO BOX 21382<br>SAN JUAN, PR 00928 | SECURITY CREDIT SERV<br>PO BOX 1156<br>OXFORD, MS 38655 |
| RELIABLE FINANCIAL SERVICES<br>PO BOX 21382<br>SAN JUAN, PR 00928 | SPRINT PCS<br>PO BOX 2662 (023)<br>HOUSTON, TX 77252-2667 |
| RG PREMIER BANK<br>PO BOX 2510<br>GUAYNABO, PR 00970-2510 | TECHOS CARIBE<br>CARR 149 KM 8.0<br>MANATI, PR 00674 |
| RG PREMIER BANK<br>PO BOX 2510<br>GUAYNABO, PR 00970-2510 | TRANSWORLD SYSTEMS<br>670 PONCE DE LEON AVE<br>SUITE 204<br>SAN JUAN, PR 00907 |
| SAMS CLUB<br>ATTN: BANKRUPTCY DEPT<br>PO BOX 103104<br>ROSWELL, GA 30076 | WALMART<br>PO BOX 103104<br>ROSWELL, GA 30076 |
| SCOTIABANK PR<br>PO BOX 2510<br>GUAYNABO, PR 00970 | |
| SEARS<br>PO BOX 6189<br>SIOUX FALLS, SD 57117 | |

**HATO REY TITLE INSURANCE AGENCY, INC.**
MCS PLAZA, OFFICE 809
256 PONCE DE LEON AVENUE
HATO REY, PUERTO RICO 00917

TELEPHONE: (787) 274-1200
FAX: (787) 753-5051
FAX: (787) 759-8055
hrtitle@sanjuanabstract.com

201213349

| | |
|---|---|
| CLIENTE: | SCOTIABANK |
| SOLICITADO POR: | PAULITA FIGUEROA |
| NOMBRE DE CASO: | MIGUEL L. ALVAREZ BENITEZ |
| NUMERO DE CASO: | 501006217 |
| FINCA NUMERO: | 8815 INSCRITA AL FOLIO 99 DEL TOMO 75 DE MANATI, REGISTRO DE LA PROPIEDAD DE MANATI. |

DESCRIPCION:

RUSTICA: Parcela marcada con el #211 en el plano de parcelación de la comunidad rural Monte Bello del termino municipal de Manatí, con una cabida superficial de 0.1324 metros cuadrados. En lindes por el NORTE, con parcela #210 de la comunidad; por el SUR, con calle de la comunidad; por el ESTE, con Diego Lugo Sánchez; por el OESTE, con parcela #212 de la comunidad.

TRACTO: Se segrega de la finca 3145 inscrita al folio 99 del tomo 75 de Manatí.

DOMINIO: Consta inscrito a favor de MIGUEL ALVAREZ BENITEZ Y ESPOSA CARMEN CASANOVA TOLEDO, quienes adquieren por compra al Estado Libre Asociado de Puerto Rico, por el precio de $1.00 según certificación otorgada en San Juan, Puerto Rico, el día 3 de noviembre de 1978 inscrito al folio 285 del tomo 201 de Manatí, inscripción 1ra. (253/17)

CARGAS:

POR SU PROCEDENCIA: Libre de cargas

POR SI:

HIPOTECA a favor de R&G MORTGAGE CORPORATION, por la suma principal de $46,100.00, con intereses al 5 ¼% anual, vence el 1 de junio de 2010, según consta de la escritura #357 otorgada en San Juan, Puerto Rico, el día 20 de mayo de 2005 ante el notario Juan C. Goitia, inscrito al folio 129 del tomo 594 de Manatí, inscripción 4ta. (378/290)

EMBARGO por el Fondo del Seguro del Estado, por la suma de $5,292.00, póliza 06-212-02738 según certificación del 11 de febrero de 2009 presentada el 11 de febrero de 2009, inscrito al folio 129 del tomo 594 de Manatí, anotación A. (123/306 el día 30 de septiembre de 2009)

EMBARGO por La Corporación del Fondo del Seguro del Estado contra Miguel Alvarez Benítez, por la suma de $5,292.00, póliza 06-212-02738 según certificación del 11 de febrero de 2009 presentada el 11 de febrero de 2009.

EMBARGO por La Corporación del Fondo del Seguro del Estado contra Miguel Alvarez Benítez, por la suma de $188.34, póliza 06-212-00067 con fecha del 11 de noviembre de 2009, según certificación del 23 de noviembre de 2009 presentada el 11 de febrero de 2009.

DOCUMENTOS INSCRITOS BAJO LA LEY NUMERO 216 DEL 27 DE DICIEMBRE DEL 2010, conocida como la "Ley para Agilizar el Registro de la Propiedad" y su REGLAMENTO:

Al asiento 1180 del diario 308 se presentó el día 23 de noviembre de 2009, Certificación de Embargo del 23 de noviembre de 2009 contra Miguel Alvarez Benítez, por la suma de $188.34 póliza 04-112-00067.

Al asiento 91 del diario 309 se presentó el día 14 de enero de 2010, Mandamiento y Orden del 22 de diciembre de 2009 emitidos por el Tribunal de Primera Instancia, Sala Superior de Manatí, caso CD09-315 sobre cobro de dinero por la suma de $49,985.48 por R&G Premier Bank of Puerto Rico contra Miguel Alvarez Benítez y esposa Carmen Casanova Toledo.

CONTINUA....

NOTICE

*NUESTRA RESPONSABILIDAD POR ERRORES, OMISIONES O NEGLIGENCIA COMETIDA EN EL PROCESO DE INVESTIGACIÓN, RECOPILACIÓN DE INFORMACIÓN Y/O EN LA REDACCIÓN DE ESTUDIOS DE TITULO ESTÁ LIMITADA A LA CANTIDAD PAGADA POR EL ESTUDIO DE TITULO.

**HATO REY TITLE INSURANCE AGENCY, INC.**

MCS PLAZA, OFFICE 809
255 PONCE DE LEON AVENUE
HATO REY, PUERTO RICO 00917

TELEPHONE: (787) 274-1200
FAX: (787) 753-5081
FAX: (787) 759-8055
hrtitle@sanjuanabstract.com

PAGINA 2
FINCA 8815

DOCUMENTO PRESENTADO:

Al asiento 1604 del diario 315 se presentó el día 26 de marzo de 2012, la escritura #35 otorgada en Vega Baja, Puerto Rico, el día 21 de marzo de 2012 ante el notario Roque Román Dever, sobre Acta de Hogar Seguro a favor de Miguel Alvarez Benítez y esposa Carmen Casanova Toledo.

NOTA: Debido al sistema de bitácora electrónica utilizado en este Registro no podemos determinar que exista algún otro documento adicional relacionado con esta finca.

REVISADOS: Libro de Sentencias, Embargos Federales, Embargos Estatales, CRIM, Libro #1 del Registro de Gravámenes creado por la Ley 12 del 20 de enero del 2010 y Bitácora hasta el Asiento 748 del Diario 317 del 29 de agosto de 2012. Hoy 30 de agosto de 2012.

GL/vcr

NOTICE

*NUESTRA RESPONSABILIDAD POR ERRORES, OMISIONES O NEGLIGENCIA COMETIDA EN EL PROCESO DE INVESTIGACIÓN, RECOPILACION DE INFORMACIÓN Y/O EN LA REDACCIÓN DE ESTUDIOS DE TÍTULO ESTÁ LIMITADA A LA CANTIDAD PAGADA POR EL ESTUDIO DE TÍTULO.