# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF:<br>MIGUEL LEONARDO ALVAREZ VENITEZ<br>CARMEN DOLORES CASANOVA TOLEDO | CASE NO: 13-06147 BKT |
| Debtor(s) | CHAPTER 13 |

## CERTIFICATE OF SERVICE

TO THE HONORABLE COURT:

The undersigned attorney certifies that on the date of this Certificate of Service, a Motion to Avoid Lien dated August 5, 2013 (docket #25) was notified to Alejandro Oliveras Rivera, Esq., Chapter 13 Trustee PO Box 9024062, Old San Juan Station, San Juan, PR 00902-40662; to Monsita Lecaroz-Arribas, Esq., Assistant United States Trustee, Office of the United States Trustee, Edificio Ochoa, 500 Tanca St., Suite 301, San Juan, PR, 00901-1922; to Carlos R. Sosa Padro, Esq. PO Box 191682, San Juan PR 00919-1682; to Alejandro A. Suarez, Esq., PO Box 365028, San Juan PR 00936-005028; to Mayra E. Domenech Román, Esq., Box 365028, San Juan PR 00936-005028 and to all parties stated on the attached Master Address List.

Respectfully submitted,

In Vega Baja, Puerto Rico this August 6, 2013

                                                s/ Juan O. Calderón Lithgow
                                                JUAN O. CALDERON LITHGOW
                                                ATTORNEY FOR DEBTOR,
                                                205607
                                                APARTADO 1710
                                                VEGA BAJA, PR 00694-1710
                                                TEL.: 787-858-5476
                                                email: caldlithlaw@gmail.com

| | | |
|---|---|---|
| MIGUEL LEONARDO ALVAREZ BENITEZ<br>RR2 BUZON 7005<br>MANATI, PR 00674 | CENTRAL INSULATION<br>PMB 275 BOX 2020<br>BARCELONETA, PR 00617 | FINGERHUT<br>PO BOX 2900<br>SAINT CLOUD, MN 56395-2900 |
| CARMEN DOLORES CASANOVA TOLEDO<br>RR2 BUZON 7005<br>MANATI, PR 00674 | INGULAR WIRELESS<br>PO BOX 192830<br>SAN JUAN, PR 00919-2830 | FIRST BANK<br>BANKRUPTCY DIVISION<br>PO BOX 9146<br>SAN JUAN, PR 00908-0146 |
| JUAN O. CALDERON-LITHGOW<br>JUAN O. CALDERON-LITHGOW<br>P.O. BOX 1710<br>VEGA BAJA, P. 00694-1710 | CITIFIN/ONE MAIN FINANCIAL<br>PO BOX 6042<br>SIOUX FALLS, SD 57117 | FIRST PREMIER BANK<br>601 S MINNESOTA AVE<br>SIOUX FALLS, SD 57104 |
| AFNI<br>ATTN: BANKRUPTCY<br>1310 MARTIN LUTHER KING DR<br>BLOOMINGTON, IL 61701 | CITIFINANCIAL<br>P.O. BOX 71328<br>SAN JUAN, PR 00936-8428 | FONDO SEGURO ESTADO<br>GPO BOX 365028<br>SAN JUAN, PR 00936-5028 |
| BANK OF AMERICA<br>PO BOX 982235<br>EL PASO, TX 79998 | COUNTERFORCE | HILLCREST DAVIDSON & A<br>850 N DOROTHY DR STE 512<br>RICHARDSON, TX 75081 |
| CACH LLC/SQUARE TWO FINANCIAL<br>ATTN: BANKRUPTCY<br>4340 SOUTH MONACO ST. 2ND FLOOR<br>DENVER, CO 80237 | DEPTO. DE HACIENDA<br>SECC CERTIFICACION<br>BOX 4515, OFIC 405<br>SAN JUAN, PR 00936 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| CANDEL COOP<br>PO BOX 3255<br>MANATI, PR 00674 | DIRECT TV<br>PO BOX 71556<br>SAN JUAN, PR 00936-8514 | JEFFERSON CAPITAL<br>16 MCLELAND RD<br>SAINT CLOUD, MN 56303 |
| CENTENNIAL DE PR<br>PO BOX 71333<br>SAN JUAN, PR 00936-8433 | DISH NETWORK<br>PO BOX 105169<br>ATLANTA, GA 30348-5169 | LVNC FUNDING LLC<br>PO BOX 740281<br>HOUSTON, TX 77274 |
| CENTENNIAL DE PR<br>PO BOX 71333<br>SAN JUAN, PR 00936-8433 | FERRETERIA FONTAN<br>CARR 2 KM 56.5<br>GARROCHALES, PR 00652 | NCO PTM/22<br>507 PRUDENTIAL RD<br>HORSHAM, PA 19044 |

| | |
|---|---|
| NCO PTM/22<br>507 PRUDENTIAL RD<br>HORSHAM, PA 19044 | SEARS/CBNA<br>PO BOX 6189<br>SIOUX FALLS, SD 57117 |
| PR TELEPHONE<br>PO BOX 70239<br>SAN JUAN, PR 00936 | SECURITY CREDIT SERV<br>PO BOX 1156<br>OXFORD, MS 38655 |
| RELIABLE FINANCIAL<br>PO BOX 21382<br>SAN JUAN, PR 00928 | SECURITY CREDIT SERV<br>PO BOX 1156<br>OXFORD, MS 38655 |
| RELIABLE FINANCIAL SERVICES<br>PO BOX 21382<br>SAN JUAN, PR 00928 | SPRINT PCS<br>PO BOX 2662 (023)<br>HOUSTON, TX 77252-2667 |
| RG PREMIER BANK<br>PO BOX 2510<br>GUAYNABO, PR 00970-2510 | TECHOS CARIBE<br>CARR 149 KM 8.0<br>MANATI, PR 00674 |
| RG PREMIER BANK<br>PO BOX 2510<br>GUAYNABO, PR 00970-2510 | TRANSWORLD SYSTEMS<br>670 PONCE DE LEON AVE<br>SUITE 204<br>SAN JUAN, PR 00907 |
| SAMS CLUB<br>ATTN: BANKRUPTCY DEPT<br>PO BOX 103104<br>ROSWELL, GA 30076 | WALMART<br>PO BOX 103104<br>ROSWELL, GA 30076 |
| SCOTIABANK PR<br>PO BOX 2510<br>GUAYNABO, PR 00970 | |
| SEARS<br>PO BOX 6189<br>SIOUX FALLS, SD 57117 | |