## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

IN RE;

MIGUEL LEONARDO ALVAREZ
BENITEZ , CARMEN DOLORES
CASANOVA TOLEDO

CASE NO.  13-01647 BKT

CHAPTER  13

Debtor (S)

## ANSWER TO DEBTORS MOTION TO AVOID LIENS
## DOCKET 25

COMES NOW, the State Insurance Fund Corporation (SIF), through the undersigned attorney and respectfully states and alleges as follows.

TO THE HONORABLE COURT:

1. Pursuant to docket number 25 ,  the debtors move the Honorable Court for an order against the SIF and Scotia bank for the cancelation and avoidance of certain  judicial liens duly registered in the Registry of the Property of the Commonwealth of Puerto Rico ,  prior to the fllling of the present Bankruptcy proceeding  and which legally attach  the residential property of the debtors .

2. Docket 25 should be denied as it is prayed for the fallowing reasons,  to wit :

( a )   The appearing party does hereby incorporates paragraph 7 (x) others : of docket 29 of the TRUSTEE`S REPORT ON CONFIRMATION , which is clear to the point as to why docket 25 should be denied . `

( b )  In docket 16 , the Trustee presented his objection for the Exemption Under Title 31 OF THE LAWS OF PUERTO RICO , SECTIONS 1851-1857 , as it related to Scotiabank  . Said docket 16 was well taken by this Honorable Court in docket 18 .

( c )   On this same date SIF has filed an amended Proof of Claim , that clearly establishes that the SIF  is a secured creditor . Furthermore **Exhibit 1,** attached hereto to this motion clearly establishes that the SIF is a secured creditor , said EXHIBIT **1** was attached also by debtor to its docket number 25.  **Exhibit 1** clearly establishes that SIF liens were duly recorded in the Registry of the Property on the 11th  February  2009 and on the 23rd  November 2009. The liens of the SIF were also  recorded in accord to 11 Laws of Puerto Rico 26 and  13 Laws of Puerto Rico 365 .

( d )  The SIF liens over debtors resident are valid and the exemptions to said liens that have been legally recorded prior to enactment of Law 195 of September 13, 2011,  cannot be avoided as debtor pretends , see **Corson v. fidelity & GUAR . INS. CO.  ( In re CORSON ) , 206 B.R. 17 .** A lien can only be avoided to the extent that the sum of the lien or liens that properly attach a property in relation to the amount of the liens or lien exceeds the value of the debtors interest in the property that could have in the absence of any such liens.

The amount of exemption debtors have a right to is $15,000.00 and Debtor`s unencumbered fee simple interest in the property is $100,000.00. The sum of the liens of Scotiabank and the SIF are not greater or exceed the unencumbered fee simple interest in debtors property and therefore the liens which motivate docket 25 are not avoidable.

**WHEREFORE,** The SIF prays most respectfully of this Honorable Court to grant the present motion and deny debtor's docket 25 .

**RESPECTFULLY SUBMITTE .**

## CERTIFICATE OF ELECTRONIC FILNG AND SERVICE

I hereby certify that on this same date, I electronically filed this document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the debtor through his attorney JUAN O. CALDERON LITHGOW , to the U,S. TRUSTEE  and all participants of the CM/ECF system

In San Juan, Puerto Rico this 19 of August  , 2013.

RESPECTFULLY SUBMITTED.

*/s/ Wally de la Rosa Vidal*
Wally de la Rosa Vidal
USDC-PR No 113012.
PO Box 365028
San Juan, PR, 00936-5028
Tel. (787) 793-5959 Ext. 5908/5515
Fax: (787) 774-8465
Email: wdelarosa@cfse.gov.pr

HATO REY TITLE INSURANCE AGENCY, INC.

MCS PLAZA, OFFICE 809
255 PONCE DE LEON AVENUE
HATO REY, PUERTO RICO 00917

TELEPHONE: (787) 274-1200
FAX: (787) 753-5081
FAX: (787) 759-8055
hrtitle@sanjuanabstract.com

201213349

| | |
|---|---|
| CLIENTE: | SCOTIABANK |
| SOLICITADO POR: | PAULITA FIGUEROA |
| NOMBRE DE CASO: | MIGUEL L. ALVAREZ BENITEZ |
| NUMERO DE CASO: | 501006217 |
| FINCA NUMERO: | 8815 INSCRITA AL FOLIO 99 DEL TOMO 75 DE MANATI, REGISTRO DE LA PROPIEDAD DE MANATI. |

DESCRIPCION:

RUSTICA: Parcela marcada con el #211 en el plano de parcelación de la comunidad rural Monte Bello del termino municipal de Manatí, con una cabida superficial de 0.1324 metros cuadrados. En lindes por el NORTE, con parcela #210 de la comunidad; por el SUR, con calle de la comunidad; por el ESTE, con Diego Lugo Sánchez; por el OESTE, con parcela #212 de la comunidad.

TRACTO: Se segrega de la finca 3145 inscrita al folio 99 del tomo 75 de Manatí.

DOMINIO: Consta inscrito a favor de MIGUEL ALVAREZ BENITEZ Y ESPOSA CARMEN CASANOVA TOLEDO, quienes adquieren por compra al Estado Libre Asociado de Puerto Rico, por el precio de $1.00 según certificación otorgada en San Juan, Puerto Rico, el día 3 de noviembre de 1978 inscrito al folio 285 del tomo 201 de Manatí, inscripción 1ra. (253/17)

CARGAS:

POR SU PROCEDENCIA: Libre de cargas

POR SI:

HIPOTECA a favor de R&G MORTGAGE CORPORATION, por la suma principal de $46,100.00, con intereses al 5 ¼% anual, vence el 1 de junio de 2010, según consta de la escritura #357 otorgada en San Juan, Puerto Rico, el día 20 de mayo de 2005 ante el notario Juan C. Goitia, inscrito al folio 129 del tomo 594 de Manatí, inscripción 4ta. (378/290)

EMBARGO por el Fondo del Seguro del Estado, por la suma de $5,292.00, póliza 06-212-02738 según certificación del 11 de febrero de 2009 presentada el 11 de febrero de 2009, inscrito al folio 129 del tomo 594 de Manatí, anotación A. (123/306 el día 30 de septiembre de 2009)

EMBARGO por La Corporación del Fondo del Seguro del Estado contra Miguel Alvarez Benítez, por la suma de $5,292.00, póliza 06-212-02738 según certificación del 11 de febrero de 2009 presentada el 11 de febrero de 2009.

EMBARGO por La Corporación del Fondo del Seguro del Estado contra Miguel Alvarez Benítez, por la suma de $188.34, póliza 06-212-00067 con fecha del 11 de noviembre de 2009, según certificación del 23 de noviembre de 2009 presentada el 11 de febrero de 2009.

DOCUMENTOS INSCRITOS BAJO LA LEY NUMERO 216 DEL 27 DE DICIEMBRE DEL 2010, conocida como la "Ley para Agilizar el Registro de la Propiedad" y su REGLAMENTO:

Al asiento 1180 del diario 308 se presentó el día 23 de noviembre de 2009, Certificación de Embargo del 23 de noviembre de 2009 contra Miguel Alvarez Benítez, por la suma de $188.34 póliza 04-112-00067.

Al asiento 91 del diario 309 se presentó el día 14 de enero de 2010, Mandamiento y Orden del 22 de diciembre de 2009 emitidos por el Tribunal de Primera Instancia, Sala Superior de Manatí, caso CD09-315 sobre cobro de dinero por la suma de $49,985.48 por R&G Premier Bank of Puerto Rico contra Miguel Alvarez Benítez y esposa Carmen Casanova Toledo.

CONTINUA

EXHIBIT

1