UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

Minute Entry

### Hearing Information:

**Debtor**: MIGUEL LEONARDO ALVAREZ BENITEZ and CARMEN DOLORES CASANOVA TOLEDO
**Case Number**: 13-01647-BKT13     **Chapter:** 13
**Date / Time / Room**: 8/29/2013 9:00 AM
**Bankruptcy Judge**: BRIAN K. TESTER
**Courtroom Clerk**: AIDA MACHARGO
**Reporter / ECR**: JOSE ROMO

### Matter:

Confirmation Hearing

### Appearances:

MIRIAM SALWEN FOR ALEJANDRO OLIVERAS RIVERA , CHAPTER 13 TRUSTEE
JUAN O CALDERON LITHGOW FOR DEBTOR
CARLOS ROBERTO SOSA FOR SCOTIABANK PR
WALLY DE LA ROSA VIDAL FOR STATE INSURANCE FUND

### Proceedings:

The Debtor filed today a Motion in Support of Judicial Lien Avoidance (docket #33). The Trustee's Objection to Debtor's Claim Exemptions was granted on docket #18. The Trustee informed the Court that the Chapter 13 Plan was not served to IRS.

### ORDER:

The Court takes note of the filing of Debtor's Motion in Support of Judicial Lien Avoidance filed on docket #33 and will provide a remedy.

The Debtor is allowed ten (10) days to file a certificate of service of the Plan.

The Hearing on Confirmation/Contested Matter is continued to: 10/16/2013 at 9:00 a.m.

Deadline to Object to Confirmation of the Plan:  Objections must be filed no later than fourteen (14) days prior to the hearing  on confirmation as per P.R. L.B.R. 3015-2(e)(1).

SO ORDERED.

/S/BRIAN K. TESTER
U.S. Bankruptcy Judge