```
                    UNITED STATES BANKRUPTCY COURT
                     FOR THE DISTRICT OF PUERTO RICO

                              Minute Entry
```

*Hearing Information:*

**Debtor**: MIGUEL LEONARDO ALVAREZ BENITEZ and CARMEN DOLORES CASANOVA TOLEDO
**Case Number**: 13-01647-BKT13        **Chapter:** 13
**Date / Time / Room**: 10/16/2013 9:00 AM
**Bankruptcy Judge**: BRIAN K. TESTER
**Courtroom Clerk**: CARMEN B. FIGUEROA
**Reporter / ECR**: LORI ANNIE RODRIGUEZ

*Matter:*

Confirmation Hearing

*Appearances:*

MIRIAM SALWEN FOR ALEJANDRO OLIVERAS RIVERA, CHAPTER 13 TRUSTEE
JUAN O CALDERON LITHGOW FOR DEBTOR(S)

*Proceedings:*

**ORDER:**

Based on what was stated in open court, the Clerk is to follow-up on the trustee's amended motion to dismiss filed on 9/26/2013 (docket #43). If no reply is received, the case will be dismissed without further notice or hearing.

SO ORDERED.

                              /S/BRIAN K. TESTER
                              U.S. Bankruptcy Judge