UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

Minute Entry

### Hearing Information:

**Debtor**: MIGUEL LEONARDO ALVAREZ BENITEZ and CARMEN DOLORES CASANOVA TOLEDO
**Case Number**: 13-01647-BKT13              **Chapter:** 13
**Date / Time / Room**: 12/19/2013 9:00 AM
**Bankruptcy Judge**: BRIAN K. TESTER
**Courtroom Clerk**: AIDA MACHARGO
**Reporter / ECR**: LORI ANNIE RODRIGUEZ

### Matter:

Confirmation Hearing

### Appearances:

MYRIAM SALWEN FOR ALEJANDRO OLIVERAS RIVERA , CHAPTER 13 TRUSTEE
JUAN O CALDERON LITHGOW FOR DEBTOR
CARLOS ROBERTO SOSA FOR SCOTIABANK

### Proceedings:

The Debtor filed an amended plan. The Trustee filed an unfavorable recommendation. The Debtor requested an appraisal of the property.

### ORDER:

Confirmation denied.   LBR 3015-2(h) applies, and is extended to 21 days for debtor to comply.

SO ORDERED.

/S/BRIAN K. TESTER
U.S. Bankruptcy Judge